THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MARK THOMAS CALVERT, | CASE NO. C16-0356-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| BEAU R. FESSENDEN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On December 26, 2016, Plaintiff provided the Court with a status report, indicating that Defendant was performing his obligations under the settlement agreement and that the next deadline in connection with the agreement was May 31, 2017. (Dkt. No. 12 at 1.) Plaintiff requested the Court continue the stay of the above-captioned matter, as well as C15-0123-JCC, to accommodate performance of the settlement agreement, subject to periodic status reports. (*Id.* at 2.) The Court has not received a status report since December 2016. The Court therefore DIRECTS Plaintiff to submit a status report within 21 days of this order.

//

//

DATED this 30th day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk