UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK THOMAS CALVERT,<br><br>　　　　Plaintiff,<br>　v.<br><br>BEAU R FESSENDEN, *et al.*,<br><br>　　　　Defendant. | CASE NO. C16-0356-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court DIRECTS both parties to appear before it for a status conference Tuesday, November 28, 2017, at 9 a.m. to discuss the status of this case, as well as the related Case No. C15-1253-JCC.

DATED this 2nd day of October 2017.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk