THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK THOMAS CALVERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BEAU R. FESSENDEN, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C16-0356-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties were ordered to appear before the Court for a status conference on November 28, 2017. (Dkt. No. 15.) Defendant Beau R. Fessenden did not appear. Mr. Fessenden is therefore ORDERED TO SHOW CAUSE for his failure to appear. Mr. Fessenden's response shall be no more than three (3) pages and is due on or before December 1, 2017.

DATED this 28th day of November 2017.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　Deputy Clerk