# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK THOMAS CALVERT, in his personal capacity and as Chapter 11 Trustee for NATURAL MOLECULAR TESTING CORPORATION<br><br>Plaintiffs,<br>v.<br><br>BEAU R. FESSENDEN, individually and his marital community,<br><br>Defendants. | CASE NOS. C16-0356-JCC & C15-1253-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties filed a notice of settlement with the Court on October 28, 2016 (Case No. C15-1253-JCC, Dkt No. 10; Case No. C16-0356-JCC, Dkt. No. 10). The Court understands that terms of a final settlement were reached, but the settlement is dependent upon the sale of real estate, which remains pending. Accordingly, the Court refers these matters to the Bankruptcy Court for a Report and Recommendation, pursuant to 28 U.S.C. section 157. *See* W.D. Wash. Local Civ. R. 87.

//

//

1    DATED this 12th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C16-0356-JCC & C15-1253-JCC
PAGE - 2